IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>JESSICA ANZALDO,<br><br>                    Defendant. | 8:20CR26<br><br>**ORDER** |

Before the Court is defendant Jessica Anzaldo's ("Anzaldo") Motion for Sentencing Transcripts (Filing No. 74) pursuant to 18 U.S.C. § 3006A. Reporting "that she is indigent and without the necessary funds to purchase the needed transcripts," Anzaldo asks that her sentencing transcript be prepared at the government's expense. Anzaldo states only that she needs the transcript because she is "working on [her] legal case."[1] She further states she has attached an affidavit establishing her inability to pay. No such affidavit was attached nor has one been received.

Upon careful review, the Court finds that Anzaldo has failed to articulate the specific need for the transcript or any need (or authority) for preparation of the sentencing transcript without cost.[2] Accordingly,

IT IS ORDERED:

1. Defendant Jessica Anzaldo's Motion for Sentencing Transcripts (Filing No. 74) at the government's expense is denied without prejudice.

---

[1] No timely appeal or timely request for relief under 18 U.S.C. § 2255 was filed by Anzaldo.

[2] It does not appear that the Criminal Justice Act, specifically 18 U.S.C. § 3006A provides any mechanism for an unrepresented defendant to have such costs paid/reimbursed.

2. The court reporter is directed to advise Anzaldo of the cost to obtain the transcript.

3. The Clerk's Office is directed to mail a copy of this order to Jessica Anzaldo at FCI-Aliceville, P.O. Box 4000, Aliceville, AL 35442.

Dated this 2nd day of October 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge